| Attorney or Party Name, Address, Phone & Fax Nos., State Bar No. & Email | FOR COURT USE ONLY |
|---|---|
| Benjamin Heston<br>Bar Number: 297798<br>Nexus Bankruptcy<br>3090 Bristol Street #400<br>Costa Mesa, CA 92626<br>Phone: (949) 312-1377<br>Email: ben@nexusbk.com<br><br>☐ Debtor(s) appearing without an attorney<br>☑ Attorney for Debtor(s) | |

## United States Bankruptcy Court
## Central District of California - Santa Ana Division

| In re:<br>Molly E Halfacre | CASE NO.:<br>CHAPTER: Chapter 7 |
|---|---|
| | **DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br><br>[11 U.S.C. § 521(a)(1)(B)(iv)] |
| Debtor(s). | [No hearing required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

### Declaration of Debtor 1

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date (** *Check only ONE box below* **):**

    ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 11/16/2024        Molly E Halfacre                            /s/ Molly Halfacre
                        Printed name of Debtor 1                    Signature of Debtor 1

### Declaration of Debtor 2 (Joint Debtor) (if applicable)

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date (** *Check only ONE box below* **):**

    ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____    _____    _____
                        Printed name of Debtor 2                    Signature of Debtor 2

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015                                                                                   F 1002-1.EMP.INCOME.DEC

Yellow Jacket Drilling Srv LLC
3922 E University Dr. Ste 1
Phoenix, AZ 85034
(602) 453-3252

Molly Halfacre
345 Promontory Drive E
Newport Beach, CA 92660

Check Number: 88564
Pay Date: 12/13/2024
Pay Period: 12/1/2024 - 12/7/2024

Employee ID: 983

### CURRENT HOURS & EARNINGS

| DESCRIPTION | HOURS | PAY RATE | EARNINGS |
|---|---|---|---|
| ADJ Salary | | | $0.01 |
| Salary | 40 | $43.27 | $1,730.76 |
| **TOTAL** | | | **$1,730.77** |

### YEAR TO DATE HOURS & EARNINGS

| DESCRIPTION | HOURS | EARNINGS |
|---|---|---|
| ADJ Salary | | $0.10 |
| Holiday | 8 | $346.15 |
| Per Diem | | $240.00 |
| Salary | | $16,961.45 |
| **TOTAL** | **8** | **$17,547.70** |

Page 1 of 2

Yellow Jacket Drilling Srv LLC
3922 E University Dr. Ste 1
Phoenix, AZ 85034
(602) 453-3252

Molly Halfacre
345 Promontory Drive E
Newport Beach, CA 92660

| Check Number: | 88564 |
| --- | --- |
| Pay Date: | 12/13/2024 |
| Pay Period: | 12/1/2024 - 12/7/2024 |
| Employee ID: | 983 |

| TAXES & DEDUCTIONS | | |
| --- | --- | --- |
| DESCRIPTION | CURRENT | YTD |
| **Federal** | **$244.77** | **$2,504.73** |
| - Federal Income Tax | $115.73 | $1,204.25 |
| - Social Security | $104.58 | $1,053.96 |
| - Medicare | $24.46 | $246.52 |
| **State** | **$40.58** | **$431.57** |
| - State of California | $40.58 | $431.57 |
| **Local** | **$18.56** | **$187.04** |
| - SDI-NO LOC | $18.56 | $187.04 |
| **Misc** | **$130.45** | **$913.15** |
| - 125 Health Ins - MKT/Bus | $43.91 | $307.37 |
| - 401k PreTax MKT/Bus Employees | $86.54 | $605.78 |
| **TOTAL** | **$434.36** | **$4,036.49** |

| FRINGES | | | ( * Notes Taxable ) |
| --- | --- | --- | --- |
| DESCRIPTION | CURRENT | YTD | |
| 125 Health Ins - MKT/Bus | $196.82 | $1,377.74 | |
| 401k PreTax MKT/Bus Employees | $51.92 | $363.44 | |
| **TOTAL** | **$248.74** | **$1,741.18** | |

| NET PAY | | $1,296.41 |
| --- | --- | --- |
| Account Number | Account Type | Amount |
| *****7060 | Checking | $1,296.41 |

Page 2 of 2

Yellow Jacket Drilling Srv LLC  
3922 E University Dr. Ste 1  
Phoenix, AZ 85034  
(602) 453-3252  

| Check Number: | 88313 |
|---|---|
| Pay Date: | 12/6/2024 |
| Pay Period: | 11/24/2024 - 11/30/2024 |

Molly Halfacre  
345 Promontory Drive E  
Newport Beach, CA 92660  

| Employee ID: | 983 |
|---|---|

## CURRENT HOURS & EARNINGS

| DESCRIPTION | HOURS | PAY RATE | EARNINGS |
|---|---|---|---|
| ADJ Salary | | | $0.01 |
| Holiday | 8 | $43.27 | $346.15 |
| Salary | 32 | $43.27 | $1,384.61 |
| TOTAL | 8.00 | | $1,730.77 |

## YEAR TO DATE HOURS & EARNINGS

| DESCRIPTION | HOURS | EARNINGS |
|---|---|---|
| ADJ Salary | | $0.09 |
| Holiday | 8 | $346.15 |
| Per Diem | | $240.00 |
| Salary | | $15,230.69 |
| TOTAL | 8.00 | $15,816.93 |

## TAXES & DEDUCTIONS

| DESCRIPTION | CURRENT | YTD |
|---|---|---|
| **Federal** | $244.77 | $2,259.96 |
| Federal Income Tax | $115.73 | $1,088.52 |
| Social Security | $104.58 | $949.38 |
| Medicare | $24.46 | $222.06 |
| **State** | $40.58 | $390.99 |
| State of California | $40.58 | $390.99 |
| **Local** | $18.56 | $168.48 |
| SDI-NO LOC | $18.56 | $168.48 |
| **Misc** | $130.45 | $782.70 |
| 125 Health Ins - MKT/Bus | $43.91 | $263.46 |
| 401k PreTax MKT/Bus Employees | $86.54 | $519.24 |
| **TOTAL** | **$434.36** | **$3,602.13** |

## FRINGES          ( * Notes Taxable )

| DESCRIPTION | CURRENT | YTD |
|---|---|---|
| 125 Health Ins - MKT/Bus | $196.82 | $1,180.92 |
| 401k PreTax MKT/Bus Employees | $51.92 | $311.52 |
| **TOTAL** | **$248.74** | **$1,492.44** |

| NET PAY | | $1,296.41 |
|---|---|---|
| Account Number | Account Type | Amount |
| *****7060 | Checking | $1,296.41 |

Yellow Jacket Drilling Srv LLC
3922 E University Dr. Ste 1
Phoenix, AZ 85034
(602) 453-3252

**Check Number:** 88049
**Pay Date:** 11/29/2024
**Pay Period:** 11/17/2024 - 11/23/2024

Molly Halfacre
345 Promontory Drive E
Newport Beach, CA 92660

**Employee ID:** 983

### CURRENT HOURS & EARNINGS

| DESCRIPTION | HOURS | PAY RATE | EARNINGS |
|---|---|---|---|
| ADJ Salary | | | $0.01 |
| Salary | 40 | $43.27 | $1,730.76 |
| **TOTAL** | **0.00** | | **$1,730.77** |

### YEAR TO DATE HOURS & EARNINGS

| DESCRIPTION | HOURS | EARNINGS |
|---|---|---|
| ADJ Salary | | $0.08 |
| Per Diem | | $240.00 |
| Salary | | $13,846.08 |
| **TOTAL** | **0.00** | **$14,086.16** |

| TAXES & DEDUCTIONS | | |
| --- | --- | --- |
| DESCRIPTION | CURRENT | YTD |
| **Federal** | $244.77 | $2,015.19 |
| Federal Income Tax | $115.73 | $972.79 |
| Social Security | $104.58 | $844.80 |
| Medicare | $24.46 | $197.60 |
| **State** | $40.58 | $350.41 |
| State of California | $40.58 | $350.41 |
| **Local** | $18.56 | $149.92 |
| SDI-NO LOC | $18.56 | $149.92 |
| **Misc** | $130.45 | $652.25 |
| 125 Health Ins - MKT/Bus | $43.91 | $219.55 |
| 401k PreTax MKT/Bus Employees | $86.54 | $432.70 |
| **TOTAL** | **$434.36** | **$3,167.77** |

| FRINGES | | ( * Notes Taxable ) | |
| --- | --- | --- | --- |
| DESCRIPTION | CURRENT | YTD | |
| 125 Health Ins - MKT/Bus | $196.82 | $984.10 | |
| 401k PreTax MKT/Bus Employees | $51.92 | $259.60 | |
| **TOTAL** | **$248.74** | **$1,243.70** | |

| NET PAY | | | $1,296.41 |
| --- | --- | --- | --- |
| Account Number | Account Type | | Amount |
| *****7060 | Checking | | $1,296.41 |

Yellow Jacket Drilling Srv LLC
3922 E University Dr. Ste 1
Phoenix, AZ 85034
(602) 453-3252

**Check Number:** 87770
**Pay Date:** 11/22/2024
**Pay Period:** 11/10/2024 - 11/16/2024

Molly Halfacre
345 Promontory Drive E
Newport Beach, CA 92660

**Employee ID:** 983

## CURRENT HOURS & EARNINGS

| DESCRIPTION | HOURS | PAY RATE | EARNINGS |
|---|---|---|---|
| ADJ Salary | | | $0.01 |
| Salary | 40 | $43.27 | $1,730.76 |
| **TOTAL** | **0.00** | | **$1,730.77** |

## YEAR TO DATE HOURS & EARNINGS

| DESCRIPTION | HOURS | EARNINGS |
|---|---|---|
| ADJ Salary | | $0.07 |
| Per Diem | | $240.00 |
| Salary | | $12,115.32 |
| **TOTAL** | **0.00** | **$12,355.39** |

| TAXES & DEDUCTIONS | | |
|---|---|---|
| DESCRIPTION | CURRENT | YTD |
| **Federal** | $244.77 | $1,770.42 |
| Federal Income Tax | $115.73 | $857.06 |
| Social Security | $104.58 | $740.22 |
| Medicare | $24.46 | $173.14 |
| **State** | $40.58 | $309.83 |
| State of California | $40.58 | $309.83 |
| **Local** | $18.56 | $131.36 |
| SDI-NO LOC | $18.56 | $131.36 |
| **Misc** | $130.45 | $521.80 |
| 125 Health Ins - MKT/Bus | $43.91 | $175.64 |
| 401k PreTax MKT/Bus Employees | $86.54 | $346.16 |
| **TOTAL** | **$434.36** | **$2,733.41** |

| FRINGES | | ( * Notes Taxable ) |
|---|---|---|
| DESCRIPTION | CURRENT | YTD |
| 125 Health Ins - MKT/Bus | $196.82 | $787.28 |
| 401k PreTax MKT/Bus Employees | $51.92 | $207.68 |
| **TOTAL** | **$248.74** | **$994.96** |

| NET PAY | | $1,296.41 |
|---|---|---|
| Account Number | Account Type | Amount |
| *****7060 | Checking | $1,296.41 |

Yellow Jacket Drilling Srv LLC
3922 E University Dr. Ste 1
Phoenix, AZ 85034
(602) 453-3252

**Check Number:** 87492
**Pay Date:** 11/15/2024
**Pay Period:** 11/3/2024 - 11/9/2024

Molly Halfacre
345 Promontory Drive E
Newport Beach, CA 92660

**Employee ID:** 983

## CURRENT HOURS & EARNINGS

| DESCRIPTION | HOURS | PAY RATE | EARNINGS |
|---|---|---|---|
| ADJ Salary | | | $0.01 |
| Salary | 40 | $43.27 | $1,730.76 |
| **TOTAL** | **0.00** | | **$1,730.77** |

## YEAR TO DATE HOURS & EARNINGS

| DESCRIPTION | HOURS | EARNINGS |
|---|---|---|
| ADJ Salary | | $0.06 |
| Per Diem | | $240.00 |
| Salary | | $10,384.56 |
| **TOTAL** | **0.00** | **$10,624.62** |

| TAXES & DEDUCTIONS | | |
|---|---|---|
| DESCRIPTION | CURRENT | YTD |
| **Federal** | $244.77 | $1,525.65 |
| Federal Income Tax | $115.73 | $741.33 |
| Social Security | $104.58 | $635.64 |
| Medicare | $24.46 | $148.68 |
| **State** | $40.58 | $269.25 |
| State of California | $40.58 | $269.25 |
| **Local** | $18.56 | $112.80 |
| SDI-NO LOC | $18.56 | $112.80 |
| **Misc** | $130.45 | $391.35 |
| 125 Health Ins - MKT/Bus | $43.91 | $131.73 |
| 401k PreTax MKT/Bus Employees | $86.54 | $259.62 |
| **TOTAL** | **$434.36** | **$2,299.05** |

| FRINGES | | ( * Notes Taxable ) | |
|---|---|---|---|
| DESCRIPTION | CURRENT | YTD | |
| 125 Health Ins - MKT/Bus | $196.82 | $590.46 | |
| 401k PreTax MKT/Bus Employees | $51.92 | $155.76 | |
| **TOTAL** | **$248.74** | **$746.22** | |

| NET PAY | | $1,296.41 |
|---|---|---|
| Account Number | Account Type | Amount |
| *****7060 | Checking | $1,296.41 |

Yellow Jacket Drilling Srv LLC
3922 E University Dr. Ste 1
Phoenix, AZ 85034
(602) 453-3252

Molly Halfacre
345 Promontory Drive E
Newport Beach, CA 92660

Check Number: 87212
Pay Date: 11/8/2024
Pay Period: 10/27/2024 - 11/2/2024

Employee ID: 983

### CURRENT HOURS & EARNINGS

| DESCRIPTION | HOURS | PAY RATE | EARNINGS |
|---|---|---|---|
| ADJ Salary | | | $0.01 |
| Salary | 40 | $43.27 | $1,730.76 |
| **TOTAL** | | | **$1,730.77** |

### YEAR TO DATE HOURS & EARNINGS

| DESCRIPTION | HOURS | EARNINGS |
|---|---|---|
| ADJ Salary | | $0.05 |
| Per Diem | | $240.00 |
| Salary | | $8,653.80 |
| **TOTAL** | | **$8,893.85** |

Page 1 of 2

Yellow Jacket Drilling Srv LLC
3922 E University Dr. Ste 1
Phoenix, AZ 85034
(602) 453-3252

Molly Halfacre
345 Promontory Drive E
Newport Beach, CA 92660

| | |
|---|---|
| Check Number: | 87212 |
| Pay Date: | 11/8/2024 |
| Pay Period: | 10/27/2024 - 11/2/2024 |
| Employee ID: | 983 |

| TAXES & DEDUCTIONS | | |
|---|---|---|
| DESCRIPTION | CURRENT | YTD |
| **Federal** | **$244.77** | **$1,280.88** |
| - Federal Income Tax | $115.73 | $625.60 |
| - Social Security | $104.58 | $531.06 |
| - Medicare | $24.46 | $124.22 |
| **State** | **$40.58** | **$228.67** |
| - State of California | $40.58 | $228.67 |
| **Local** | **$18.56** | **$94.24** |
| - SDI-NO LOC | $18.56 | $94.24 |
| **Misc** | **$130.45** | **$260.90** |
| - 125 Health Ins - MKT/Bus | $43.91 | $87.82 |
| - 401k PreTax MKT/Bus Employees | $86.54 | $173.08 |
| **TOTAL** | **$434.36** | **$1,864.69** |

| FRINGES | | ( * Notes Taxable ) |
|---|---|---|
| DESCRIPTION | CURRENT | YTD |
| 125 Health Ins - MKT/Bus | $196.82 | $393.64 |
| 401k PreTax MKT/Bus Employees | $51.92 | $103.84 |
| **TOTAL** | **$248.74** | **$497.48** |

| NET PAY | | $1,296.41 |
|---|---|---|
| Account Number | Account Type | Amount |
| *****7060 | Checking | $1,296.41 |

Page 2 of 2

Yellow Jacket Drilling Srv LLC
3922 E University Dr. Ste 1
Phoenix, AZ 85034
(602) 453-3252

Molly Halfacre
345 Promontory Drive E
Newport Beach, CA 92660

Check Number: 86952
Pay Date: 11/1/2024
Pay Period: 10/20/2024 - 10/26/2024

Employee ID: 983

## CURRENT HOURS & EARNINGS

| DESCRIPTION | HOURS | PAY RATE | EARNINGS |
| --- | --- | --- | --- |
| ADJ Salary | | | $0.01 |
| Salary | 40 | $43.27 | $1,730.76 |
| **TOTAL** | | | **$1,730.77** |

## YEAR TO DATE HOURS & EARNINGS

| DESCRIPTION | HOURS | EARNINGS |
| --- | --- | --- |
| ADJ Salary | | $0.04 |
| Per Diem | | $240.00 |
| Salary | | $6,923.04 |
| **TOTAL** | | **$7,163.08** |

Page 1 of 2

Yellow Jacket Drilling Srv LLC
3922 E University Dr. Ste 1
Phoenix, AZ 85034
(602) 453-3252

Molly Halfacre
345 Promontory Drive E
Newport Beach, CA 92660

| | |
|---|---|
| Check Number: | 86952 |
| Pay Date: | 11/1/2024 |
| Pay Period: | 10/20/2024 - 10/26/2024 |
| Employee ID: | 983 |

## TAXES & DEDUCTIONS

| DESCRIPTION | CURRENT | YTD |
|---|---|---|
| **Federal** | **$244.77** | **$1,036.11** |
| - Federal Income Tax | $115.73 | $509.87 |
| - Social Security | $104.58 | $426.48 |
| - Medicare | $24.46 | $99.76 |
| **State** | **$40.58** | **$188.09** |
| - State of California | $40.58 | $188.09 |
| **Local** | **$18.56** | **$75.68** |
| - SDI-NO LOC | $18.56 | $75.68 |
| **Misc** | **$130.45** | **$130.45** |
| - 125 Health Ins - MKT/Bus | $43.91 | $43.91 |
| - 401k PreTax MKT/Bus Employees | $86.54 | $86.54 |
| **TOTAL** | **$434.36** | **$1,430.33** |

## FRINGES ( * Notes Taxable )

| DESCRIPTION | CURRENT | YTD |
|---|---|---|
| 125 Health Ins - MKT/Bus | $196.82 | $196.82 |
| 401k PreTax MKT/Bus Employees | $51.92 | $51.92 |
| **TOTAL** | **$248.74** | **$248.74** |

## NET PAY $1,296.41

| Account Number | Account Type | Amount |
|---|---|---|
| *****7060 | Checking | $1,296.41 |

Page 2 of 2

Yellow Jacket Drilling Srv LLC
3922 E University Dr. Ste 1
Phoenix, AZ 85034
(602) 453-3252

Molly Halfacre
345 Promontory Drive E
Newport Beach, CA 92660

Check Number: 86692
Pay Date: 10/25/2024
Pay Period: 10/13/2024 - 10/19/2024

Employee ID: 983

## CURRENT HOURS & EARNINGS

| DESCRIPTION | HOURS | PAY RATE | EARNINGS |
|---|---|---|---|
| ADJ Salary | | | $0.01 |
| Salary | 40 | $43.27 | $1,730.76 |
| **TOTAL** | | | **$1,730.77** |

## YEAR TO DATE HOURS & EARNINGS

| DESCRIPTION | HOURS | EARNINGS |
|---|---|---|
| ADJ Salary | | $0.03 |
| Per Diem | | $240.00 |
| Salary | | $5,192.28 |
| **TOTAL** | | **$5,432.31** |

## TAXES & DEDUCTIONS

| DESCRIPTION | CURRENT | YTD |
|---|---|---|
| **Federal** | **$263.78** | **$791.34** |
| - Federal Income Tax | $131.38 | $394.14 |
| - Social Security | $107.30 | $321.90 |
| - Medicare | $25.10 | $75.30 |
| **State** | **$49.17** | **$147.51** |
| - State of California | $49.17 | $147.51 |
| **Local** | **$19.04** | **$57.12** |
| - SDI-NO LOC | $19.04 | $57.12 |
| **TOTAL** | **$331.99** | **$995.97** |

## FRINGES ( * Notes Taxable )

| DESCRIPTION | CURRENT | YTD |
|---|---|---|
| **TOTAL** | **$0.00** | **$0.00** |

Page 1 of 2

Yellow Jacket Drilling Srv LLC
3922 E University Dr. Ste 1
Phoenix, AZ 85034
(602) 453-3252

Molly Halfacre
345 Promontory Drive E
Newport Beach, CA 92660

Check Number: 86692
Pay Date: 10/25/2024
Pay Period: 10/13/2024 - 10/19/2024

Employee ID: 983

**NET PAY** $1,398.78

| Account Number | Account Type | Amount |
| --- | --- | --- |
| *****7060 | Checking | $1,398.78 |

Yellow Jacket Drilling Srv LLC
3922 E University Dr. Ste 1
Phoenix, AZ 85034
(602) 453-3252

Molly Halfacre
345 Promontory Drive E
Newport Beach, CA 92660

Check Number: 86412
Pay Date: 10/18/2024
Pay Period: 10/6/2024 - 10/12/2024

Employee ID: 983

## CURRENT HOURS & EARNINGS

| DESCRIPTION | HOURS | PAY RATE | EARNINGS |
|---|---|---|---|
| Per Diem | | | $240.00 |
| **TOTAL** | | | **$240.00** |

## YEAR TO DATE HOURS & EARNINGS

| DESCRIPTION | HOURS | EARNINGS |
|---|---|---|
| ADJ Salary | | $0.02 |
| Per Diem | | $240.00 |
| Salary | | $3,461.52 |
| **TOTAL** | | **$3,701.54** |

## TAXES & DEDUCTIONS

| DESCRIPTION | CURRENT | YTD |
|---|---|---|
| **Federal** | **$0.00** | **$527.56** |
| - Federal Income Tax | $0.00 | $262.76 |
| - Social Security | $0.00 | $214.60 |
| - Medicare | $0.00 | $50.20 |
| **State** | **$0.00** | **$98.34** |
| - State of California | $0.00 | $98.34 |
| **Local** | **$0.00** | **$38.08** |
| - SDI-NO LOC | $0.00 | $38.08 |
| **TOTAL** | **$0.00** | **$663.98** |

## FRINGES ( * Notes Taxable )

| DESCRIPTION | CURRENT | YTD |
|---|---|---|
| **TOTAL** | **$0.00** | **$0.00** |

## NET PAY — $240.00

| Account Number | Account Type | Amount |
|---|---|---|
| *****7060 | Checking | $240.00 |

Page 1 of 1