Form r341y–r341 VAN–02
Rev. 05/2010

# United States Bankruptcy Court
## Central District of California

**411 West Fourth Street, Suite 2030, Santa Ana, CA 92701–4593**

## **RENOTICE 341 MEETING**

**DEBTOR INFORMATION:**
Molly E Halfacre
fka Molly Christian

**BANKRUPTCY NO.**  8:24–bk–13205–TA

**CHAPTER**  7

**Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):**  xxx–xx–4548
**Employer Tax–Identification (EIN) No(s).(if any):**  N/A
**Debtor Dismissal Date:** N/A

**Address:**
345 Promontory Dr E
Newport Beach, CA 92660–7442

**DEBTOR'S ATTORNEY:**
Benjamin Heston
Nexus Bankruptcy
3090 Bristol Street #400
Costa Mesa, CA 92626

951–290–2827

**TRUSTEE:**
Richard A Marshack (TR)
Marshack Hays Wood LLP
870 Roosevelt
Irvine, CA 92620

949–333–7777

Please take notice that the 341 meeting date has been reset for:

**Date:** January 28, 2025    **Time:** 08:00 AM
**Location:** Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 224 236 8893, and Passcode 7892402221, OR call 1 657 222 4213

Dated: December 18, 2024

By the Court,

**Kathleen J. Campbell**
Clerk of Court

(Form r341y–r341 VAN–02) Rev. 05/2010

**6 / MF**