United States Bankruptcy Court
Central District of California

In re:   Case No. 24-13205-TA
Molly E Halfacre   Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-8      User: admin      Page 1 of 2
Date Rcvd: Dec 18, 2024      Form ID: r341y      Total Noticed: 24

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 20, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Molly E Halfacre, 345 Promontory Dr E, Newport Beach, CA 92660-7442 |
| 42264567 | AAC Laguna Billing, 500 Wilson Pike Cir Ste 360, Brentwood, TN 37027-3266 |
| 42264568 | American Dream Media, 1301 2nd Ave Fl 31, Seattle, WA 98101-0003 |
| 42264577 | Citibank / Wayfair, PO Box 6772, Sioux Falls, SD 57117-6772 |
| 42264578 | Club Pilates, 17877 Von Karman Ave Ste 100, Irvine, CA 92614-4227 |
| 42264579 | Comenity Capital / Saks, PO Box 183003, Columbus, OH 43218-3003 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 42264569 | | Email/PDF: bncnotices@becket-lee.com | Dec 19 2024 01:00:36 | American Express, PO Box 981535, El Paso, TX 79998-1535 |
| 42264570 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Dec 19 2024 00:49:00 | Bank of America, 100 N Tryon St, Charlotte, NC 28202-4036 |
| 42264571 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 19 2024 01:11:15 | Bloomingdales, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 42264572 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 19 2024 00:59:52 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 42264575 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 19 2024 00:59:24 | Citibank, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 42264576 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 19 2024 00:59:26 | Citibank / Best Buy, PO Box 790441, Saint Louis, MO 63179-0441 |
| 42264580 | | Email/Text: mrdiscen@discover.com | Dec 19 2024 00:49:00 | Discover Bank, PO Box 30943, Salt Lake Cty, UT 84130-0943 |
| 42264581 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 19 2024 00:49:00 | GM Financial, PO Box 183853, Arlington, TX 76096-3853 |
| 42264582 | | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Dec 19 2024 00:49:00 | Goldman Sachs / Apple Card, Lockbox 6112, PO Box 7247, Philadelphia, PA 19170-0001 |
| 42264573 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 19 2024 00:59:13 | Chase Bank, PO Box 15369, Wilmington, DE 19850-5369 |
| 42264574 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 19 2024 00:59:18 | Chase Card Services, PO Box 15298, Wilmington, DE 19850-5298 |
| 42264584 | | Email/Text: EBN@Mohela.com | Dec 19 2024 00:49:00 | MOHELA / Dept of Education, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 42264583 | | Email/Text: M74banko@mercedes-benz.com | Dec 19 2024 00:49:00 | Mercedes-Benz Financial Services, PO Box 685, Roanoke, TX 76262-0685 |
| 42264585 | ^ | MEBN | Dec 19 2024 00:42:28 | PayPal / Venmo, 9999 N 90th St, Scottsdale, AZ |

| District/off: 0973-8 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 18, 2024 | Form ID: r341y | Total Noticed: 24 |

| | | | | |
|---|---|---|---|---|
| | | | | 85258-4420 |
| 42264586 | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 19 2024 00:59:18 | | Synchrony / Care Credit, PO Box 71757, Philadelphia, PA 19176-1757 |
| 42264587 | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 19 2024 00:59:57 | | Synchrony / PayPal Credit, PO Box 71727, Philadelphia, PA 19176-1727 |
| 42264588 | Email/Text: bncmail@w-legal.com | Dec 19 2024 00:49:00 | | TD Bank / Target, PO Box 673, Minneapolis, MN 55440-0673 |
| 42264589 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Dec 19 2024 00:49:00 | | US Bank, PO Box 6352, Fargo, ND 58125-6352 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2024        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 18, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Debtor Molly E Halfacre bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Richard A Marshack (TR) | pkraus@marshackhays.com ecf.alert+Marshack@titlexi.com |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |

TOTAL: 3

Form r341y−r341 VAN−02
Rev. 05/2010

# United States Bankruptcy Court
## Central District of California

411 West Fourth Street, Suite 2030, Santa Ana, CA 92701−4593

## RENOTICE 341 MEETING

**DEBTOR INFORMATION:**
Molly E Halfacre
fka Molly Christian

**BANKRUPTCY NO.** 8:24−bk−13205−TA

**CHAPTER** 7

**Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):** xxx−xx−4548
**Employer Tax−Identification (EIN) No(s).(if any):** N/A
**Debtor Dismissal Date:** N/A

**Address:**
345 Promontory Dr E
Newport Beach, CA 92660−7442

**DEBTOR'S ATTORNEY:**
Benjamin Heston
Nexus Bankruptcy
3090 Bristol Street #400
Costa Mesa, CA 92626

951−290−2827

**TRUSTEE:**
Richard A Marshack (TR)
Marshack Hays Wood LLP
870 Roosevelt
Irvine, CA 92620

949−333−7777

Please take notice that the 341 meeting date has been reset for:

**Date:** January 28, 2025    **Time:** 08:00 AM
**Location:** Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 224 236 8893, and Passcode 7892402221, OR call 1 657 222 4213

Dated: December 18, 2024

By the Court,

**Kathleen J. Campbell**
Clerk of Court

(Form r341y−r341 VAN−02) Rev. 05/2010

6 / MF