| Attorney or Party Name, Address, Telephone & FAX Numbers, State Bar Number & Email Address | FOR COURT USE ONLY |
|---|---|
| **NEXUS BANKRUPTCY**<br>Benjamin Heston (297798)<br>3090 Bristol Street #400<br>Costa Mesa, CA 92626<br>Tel: 949.312.1377<br>Fax: 949.288.2054<br>ben@nexusbk.com<br><br>☐ *Debtor appearing without attorney*<br>☑ *Attorney for Debtor* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br><br>**MOLLY E HALFACRE,**<br><br><br><br>Debtor(s) | **Case No: 8:24-bk-13205-TA**<br>**Chapter 7**<br><br><br>**CHANGE OF MAILING ADDRESS** |
|---|---|

1. This change of mailing address is requested by ☑ Debtor    ☐ Joint-Debtor    ☐ Creditor

   Attorneys who wish to make a change of mailing address must use CM/ECF.

2. **Old Address:**
   Name(s):                    **Molly E Halfacre**
   Mailing Address             **345 Promontory Drive E**
   City, State, Zip Code:      **Newport Beach, CA 92660-7442**

3. **New Address:**
   Mailing Address:            **2375 Elden Ave Apt C1**
   City, State, Zip Code:      **Costa Mesa, CA 92627-6548**

4. ☐ Check here if you are a Debtor or a Joint Debtor and you receive court orders and notices by email through the Debtor Electronic Bankruptcy Noticing program (DeBN) rather than by U.S. mail to your mailing address. Please provide your DeBN account number below (DeBN account numbers can be located in the subject title of all emailed court orders and notices).

   Debtor's DeBN account number:    _____

   Joint Debtor's DeBN account number:    _____

Date: **January 28, 2025**          **Molly E Halfacre**
                                    **Requestor's printed name(s)**

                                    *Molly Halfacre*
                                    **Requestor's signature(s)**

                                    _____
                                    **Title (if applicable, of corporate officer, partner, or agent)**

---

This form in mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.