Certificate Number: 14912-CAC-DE-039406047

Bankruptcy Case Number: 24-13205



14912-CAC-DE-039406047

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 4, 2025</u>, at <u>9:32</u> o'clock <u>PM EST</u>, <u>Molly Halfacre</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Central District of California</u>.

Date:  <u>March 4, 2025</u>          By:   <u>/s/Jai Bhatt</u>

                                  Name: <u>Jai Bhatt</u>

                                  Title: <u>Counselor</u>