United States Bankruptcy Court

Central District of California

In re:                                                                          Case No. 24-13205-TA

Molly E Halfacre                                                                Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 1 of 3 |
| Date Rcvd: Apr 07, 2025 | Form ID: 318a | Total Noticed: 27 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 09, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Molly E Halfacre, 2375 Elden Ave Apt C1, Costa Mesa, CA 92627-6548 |
| 42264567 | | AAC Laguna Billing, 500 Wilson Pike Cir Ste 360, Brentwood, TN 37027-3266 |
| 42264568 | | American Dream Media, 1301 2nd Ave Fl 31, Seattle, WA 98101-0003 |
| 42264577 | | Citibank / Wayfair, PO Box 6772, Sioux Falls, SD 57117-6772 |
| 42264578 | | Club Pilates, 17877 Von Karman Ave Ste 100, Irvine, CA 92614-4227 |
| 42264579 | | Comenity Capital / Saks, PO Box 183003, Columbus, OH 43218-3003 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | | Email/Text: richard.marshack@txitrustee.com | Apr 08 2025 00:44:00 | Richard A Marshack (TR), Marshack Hays Wood LLP, 870 Roosevelt, Irvine, CA 92620 |
| smg | | EDI: EDD.COM | Apr 08 2025 04:29:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | Apr 08 2025 04:30:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 42264569 | | Email/PDF: bncnotices@becket-lee.com | Apr 08 2025 01:23:23 | American Express, PO Box 981535, El Paso, TX 79998-1535 |
| 42264570 | + | EDI: BANKAMER2 | Apr 08 2025 04:29:00 | Bank of America, 100 N Tryon St, Charlotte, NC 28202-4036 |
| 42264571 | | EDI: CITICORP | Apr 08 2025 04:29:00 | Bloomingdales, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 42264572 | | EDI: CAPITALONE.COM | Apr 08 2025 04:29:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 42264573 | | EDI: JPMORGANCHASE | Apr 08 2025 04:29:00 | Chase Bank, PO Box 15369, Wilmington, DE 19850-5369 |
| 42264574 | | EDI: JPMORGANCHASE | Apr 08 2025 04:29:00 | Chase Card Services, PO Box 15298, Wilmington, DE 19850-5298 |
| 42264575 | | EDI: CITICORP | Apr 08 2025 04:29:00 | Citibank, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 42264576 | | EDI: CITICORP | Apr 08 2025 04:29:00 | Citibank / Best Buy, PO Box 790441, Saint Louis, MO 63179-0441 |
| 42264580 | | EDI: DISCOVER | Apr 08 2025 04:29:00 | Discover Bank, PO Box 30943, Salt Lake Cty, UT 84130-0943 |
| 42264581 | | EDI: PHINAMERI.COM | Apr 08 2025 04:29:00 | GM Financial, PO Box 183853, Arlington, TX 76096-3853 |

District/off: 0973-8 | User: admin | Page 2 of 3
Date Rcvd: Apr 07, 2025 | Form ID: 318a | Total Noticed: 27

| | | | |
|---|---|---|---|
| 42264582 | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Apr 08 2025 00:44:00 | Goldman Sachs / Apple Card, Lockbox 6112, PO Box 7247, Philadelphia, PA 19170-0001 |
| 42264584 | Email/Text: EBN@Mohela.com | Apr 08 2025 00:44:00 | MOHELA / Dept of Education, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 42264583 | EDI: MERCEDES | Apr 08 2025 04:29:00 | Mercedes-Benz Financial Services, PO Box 685, Roanoke, TX 76262-0685 |
| 42264585 | ^ MEBN | Apr 08 2025 00:42:38 | PayPal / Venmo, 9999 N 90th St, Scottsdale, AZ 85258-4420 |
| 42264586 | EDI: SYNC | Apr 08 2025 04:29:00 | Synchrony / Care Credit, PO Box 71757, Philadelphia, PA 19176-1757 |
| 42264587 | EDI: SYNC | Apr 08 2025 04:29:00 | Synchrony / PayPal Credit, PO Box 71727, Philadelphia, PA 19176-1727 |
| 42264588 | EDI: WTRRNBANK.COM | Apr 08 2025 04:29:00 | TD Bank / Target, PO Box 673, Minneapolis, MN 55440-0673 |
| 42264589 | EDI: USBANKARS.COM | Apr 08 2025 04:30:00 | US Bank, PO Box 6352, Fargo, ND 58125-6352 |

TOTAL: 21

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | AmeriCredit Financial Services, Inc. dba GM Financ |
| intp | | Courtesy NEF |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 09, 2025          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 7, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Debtor Molly E Halfacre bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Mandy Youngblood | on behalf of Interested Party Courtesy NEF csbk@gmfinancial.com |
| Richard A Marshack (TR) | pkraus@marshackhays.com  ecf.alert+Marshack@titlexi.com |
| Sheryl K Ith | on behalf of Creditor AmeriCredit Financial Services  Inc. dba GM Financial sith@cookseylaw.com |
| United States Trustee (SA) | |

ustpregion16.sa.ecf@usdoj.gov

TOTAL: 5

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Molly E Halfacre | Social Security number or ITIN   xxx–xx–4548 |
| | First Name    Middle Name    Last Name | EIN   __–_____ |
| Debtor 2 | | Social Security number or ITIN   ____ |
| (Spouse, if filing) | First Name    Middle Name    Last Name | EIN   __–_____ |
| United States Bankruptcy Court    Central District of California | | |
| Case number:   8:24–bk–13205–TA | | |

# Order of Discharge – Chapter 7

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Molly E Halfacre
fka Molly Christian

[include all names used by each debtor, including trade names, within
the 8 years prior to the filing of the petition]

Debtor 1 Discharge Date: 4/7/25

**Dated:** 4/7/25

By the court:    Theodor Albert
United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

#### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

#### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

18/AUTU

For more information, see page 2 >

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**